# EXHIBIT B

**<u>Yopima v. Roadie</u>**
**<u>Infringement Chart for U.S. Patent No. 9,119,038</u>**

| U.S. Patent No. 9,119,038 | **<u>Roadie</u>** |
|---|---|
| 13.A method for tracking locations of a plurality of devices within overlapping geofences, comprising: | Roadie, Inc provides Roadie Driver App for tracking locations of a plurality of devices   within overlapping geofences<br><br><br><br>**Source:** https://play.google.com/store/apps/details?id=com.roadie.drive.android.app&hl=en_US |

| U.S. Patent No. 9,119,038 | **Roadie** |
|---|---|
| | **R ROADIE** A UPS Company<br>Solutions ⌄<br><br>LAST-MILE DELIVERY SOLUTIONS<br><br>**Deliver same day.**<br>**Bigger. Farther.**<br>**Better.**<br><br>Roadie allows businesses to offer exceptional delivery experiences that drive customer satisfaction and loyalty. Deliver bigger items, faster than ever, more reliably with the nation's largest local same-day delivery network.<br><br>Source: https://www.roadie.com/<br><br>---<br><br>**Terms & Conditions**<br><br>*Effective: July 19, 2023*<br><br>These Terms and Conditions ("*T&Cs*") set forth the terms and conditions that you ("*You,*" "*Your,*" "*Yourself*" or "*User*") must accept and agree to if You want to download, install, access or use the Roadie platform, whether via our website at www.roadie.com ("*Website*") or any associated application, including Roadie SmartSort (each an "*App*"), or API (collectively, the "*Roadie Platform*" or the "*Platform*"). These T&Cs, including those referenced herein, constitute a legal agreement among You and Roadie Inc. (collectively, "Roadie," "we," "us," or "our") and the other Users of the Platform. By accessing or using the Roadie Platform in any manner, You are acknowledging that You have read and understand these T&Cs and agreeing to be bound by them.<br><br>As used in these T&Cs, the word "*Sender*" refers to any entity or individual who forms an account on the Roadie App and/or who has a written agreement with Roadie to access and use the Roadie Platform to crowdsource independent service providers to perform delivery services ("*Delivery Services*"), or for whose benefit Delivery Services are being performed.  Similarly, a "*Driver*" is any entity or individual who forms an account on the Roadie App as a Driver and/or otherwise performs Delivery Services, including at the request of, or for the benefit of, a Sender. The time period in which Delivery Services are performed by a Driver, as well as the item(s) of personal property and goods being picked up and/or delivered by a Driver, are collectively referred to herein as a "*Gig*". A "Block" is a pre-scheduled amount of time to deliver Gigs only from a specific sender or zone for guaranteed earnings. An "Earnings Guarantee" is the minimum amount you'll earn in exchange for each Block. A "recipient" is any entity or individual who receives a Gig or items contained in a Gig. All Users of the Roadie Platform, including Drivers and Senders, are referred to collectively as "Users" herein.<br><br>Source: https://driver.roadie.com/terms-conditions/ |

| U.S. Patent No. 9,119,038 | **Roadie** |
|---|---|
| [13A] receiving, by a portable computing device, an identification of a first geofence defining a first region; | Receiving, by a portable computing device (Roadie Driver's mobile phone), an identification of a first geofence defining a first region (Notification area)<br><br>To find Gigs faster, we started sending you notifications when a Gig popped up within 10 miles from the address you provided us. We tell you how far the Gig is from your address and where it's headed. Then, you can get an idea of whether this is a Gig you might want to pick up without even having to launch the app.<br><br>That way, you find Gigs faster, deliver stuff quicker, and earn cash sooner!<br><br>Within a month, we've already seen faster delivery times than ever before. Plus, some of you have even reached out to us personally to let us know how they've helped you.<br><br>And that win is great for us and even bigger for you.<br><br>Need some help turning on the Gig Alerts?<br><br>1. Download the latest version of the app<br>2. Tap the "More Info" button in the bottom right hand corner<br>3. Tap Notification Preferences<br>4. Make sure your Push Notifications are on<br>5. Edit the distance and the address, so you can start finding Gigs faster and make money sooner<br><br>Source: https://www.roadie.com/blog/2015/11/behind-the-scenes-creating-new-gig-alerts-make-money-sooner |

| U.S. Patent No. 9,119,038 | **Roadie** |
|---|---|
| |

Source: https://www.roadie.com/blog/2015/11/behind-the-scenes-creating-new-gig-alerts-make-money-sooner |
| [13B] determining a current location of the portable computing device; | determining a current location of the portable computing device (Roadie Driver's mobile phone)

**Geolocation information.** For example your device will share your GPS coordinates when the Roadie Driver App is open (active location information) in order to track pick-ups and deliveries, and when the Roadie Driver App is not open, but your mobile device is turned on (heartbeat location information) in order to notify you of delivery opportunities at or near your current location.

**Roadie Privacy Policy**

Source: https://www.roadie.com/privacy |

| U.S. Patent No. 9,119,038 | **Roadie** |
|---|---|
| [13C] comparing the current location of the portable computing device to the identified first geofence; and | Roadie Driver App compares the current location of the portable computing device (Roadie Driver's mobile phone), to the pickup location in the identified first geofence (Notification area), to navigate to the pickup location.<br><br><br><br>Source: https://driver.roadie.com/blog/driving-your-first-gig-with-roadie-make-money-driving/ |
| [13D] transmitting, by the portable computing device to a second computing device, an arrival notification, responsive to determining that the current location of the | transmitting, by the portable computing device (Roadie Driver's mobile phone ) to a second computing device (Roadie's server) an arrival notification ( through swipe to arrive button) responsive to determining that the current location of the portable computing device is within the identified first region (arrived to the pickup place). |

| U.S. Patent No. 9,119,038 | Roadie |
|---|---|
| portable computing device is within the identified first region, | **How do I deliver a Gig?**<br><br>Once we notify you that the Gig is yours, tap the notification to open the app. Hit "Start" to begin the Gig. We'll let you know the pickup address and will share contact information for your point of contact at pickup, as well as any other special notes you should know before you arrive.<br><br>Use the app to mark you've arrived and make sure you follow any instructions at pickup. Then you're ready to head to drop-off!<br><br>Once you're there, use the app to mark you've arrived at the delivery location and read the delivery notes to see if there are any special instructions for delivery. Be sure to take a photo and mark where you've left the items. Some Gigs may require a signature, too.<br><br>Source: https://driver.roadie.com/blog/driving-your-first-gig-with-roadie-make-money-driving/<br><br><br><br>Source: https://driver.roadie.com/blog/driving-your-first-gig-with-roadie-make-money-driving/ |
| [13E] the arrival notification including an identification of the current location of the | The arrival notification includes an identification of the current location (pickup place) of the portable computing device within one of a plurality of subregions (an operating area can have several pickup places) of the first region defined by a corresponding plurality of geofences. |

| U.S. Patent No. 9,119,038 | **Roadie** |
|---|---|
| portable computing device within one of a plurality of subregions of the first region defined by a corresponding plurality of geofences. | <br><br>Source: https://driver.roadie.com/blog/driving-your-first-gig-with-roadie-make-money-driving/<br><br><br><br>Source: https://support.roadie.com/support/s/article/Can-I-Deliver-Multiple-Gigs-at-the-Same-Time |

| U.S. Patent No. 9,119,038 | **Roadie** |
|---|---|
| | |